United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Grant Ditmar, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 19-62838-Civ-Scola |
| | ) |
| Xanadu Massage Inc., Defendant | ) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, 9). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on January 6, 2020.

_____
Robert N. Scola, Jr.
United States District Judge